UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN A. CANO, et al.,

    Plaintiffs,

v.                                                CASE NO: 8:06-cv-895-T-23TGW

WILMINGTON FINANCE, et al.,

    Defendants.

_____/

## ORDER

Juan and Yolanda Cano ("the plaintiffs") sue Wilmington Finance, One Stop Mortgage Funding, Inc., Andrews S. Forman, P.A., and Andrew S. Forman, Esq. ("the defendants") for multiple violations of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*, fraudulent inducement, fraud, negligent misrepresentation, and breach of contract (Doc. 1). Andrew Forman, P.A., and Andrew Forman, Esq., move to dismiss (Doc. 4) the complaint for failure to specify the alleged conduct of each defendant. The motion (Doc. 4), which the court construes as a motion for a more definite statement pursuant to Rule 12(e), is **GRANTED.**

Accordingly, the plaintiff shall file, on or before **July 14, 2006**, an amended complaint that alleges pertinent facts (date, time, place, persons involved, specifics of the event) in support of each claim for relief against each defendant. If the complaint alleges a breach of contract, the complaint shall designate whether the contract was

oral or written, describe the manner in which the contract was breached, and identify the pertinent language of the contract.

The plaintiff's failure to file an amended complaint by the deadline will result in dismissal of this action without further notice.  One Stop Mortgage Funding's motion (Doc. 7) to dismiss is **DENIED AS MOOT.**

ORDERED in Tampa, Florida, on June 28, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy